## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| RICHARDS BUILDING SUPPLY, LLC, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO.:  5:21-CV-281 |
| | ) | |
| | ) | |
| DREW HEGARTY | ) | |
| | ) | |
| DEFENDANT. | ) | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

NOW COMES Defendant's Counsel, Shea B. Maliszewski and Barringer Sasser, LLP (collectively "Defendant's Counsel"), and respectfully moves this Court to allow for Defendant's Counsel to withdraw as counsel for Drew Hegarty in the above styled matter, pursuant to N.C. Rules of Professional Conduct, 1.16(b), and in support thereof does state as follows:

1. Defendant, Drew Hegarty knowingly and freely consents to the withdrawal of Defendant's Counsel.

2. Plaintiff has no objection to the withdrawal of Defendant's Counsel.

3. There are no scheduled hearings, depositions, or trials at this time.

4. Withdrawal of Defendant's Counsel at this time can be accomplished without material adverse effect on the interest of Defendant.

5. Notices for Defendant should be sent to: Drew Hegarty, 6608 Swallowtail Lane, Raleigh, NC 27613.

WHEREFORE, Defendant moves the Court for an Order allowing Defendant's Counsel, Shea B. Maliszewski of/and Barringer Sasser, LLP to withdraw from further representing Defendant in this matter.

*Submitted this the 14ᵗʰ day of September, 2021.*

BARRINGER SASSER, LLP

By:   /s/ Shea B. Maliszewski
Shea B. Maliszewski
*Attorneys for Plaintiff*
NC State Bar No.: 44587
111 Commonwealth Court, Suite 101
Cary, North Carolina 27511
Telephone:  (919) 467-6700
Facsimile:   (919) 481-9190

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day a copy of this filing was served upon counsel of record in this action *via facsimile* and by depositing a copy in the U.S. Mail, postage prepaid and addressed as follows:

**c/o Tracy L. Eggleston**
**COZEN O'CONNOR**
**301 South College Street, Suite 2100**
**Charlotte, NC 28202**

c/o Mitchell J. Edlund and Corey T. Hickman
**COZEN O'CONNOR**
123 N. Waker Drive, Suite 1800
Chicago, IL 60606

This the 14th day of September, 2021.

BARRINGER SASSER, LLP

By:  /s/ Shea B. Maliszewski
Shea B. Maliszewski
*Attorneys for Plaintiff*
NC State Bar No.: 44587
111 Commonwealth Court, Suite 101
Cary, North Carolina 27511
Telephone: (919) 467-6700
Facsimile: (919) 481-9190